UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRUCE WASHINGTON ET AL.**                                **CIVIL ACTION**

**VERSUS**                                                  **No. 22-632**

**RANDY SMITH ET AL.**                                      **SECTION I**

## ORDER

Considering the defendants' motion[1] for leave to file a reply memorandum in support of their motion *in limine* to exclude the testimony of plaintiffs' expert witness,

**IT IS ORDERED** that the motion is **GRANTED**. The proposed memorandum shall be filed into the record.

New Orleans, Louisiana, December 13, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 112.