UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE WASHINGTON ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-632** |
| **RANDY SMITH ET AL.** | **SECTION I** |

## ORDER

Defendant Alexander Thomas has filed a notice of interlocutory appeal[1] in this matter. Accordingly,

**IT IS ORDERED** that this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** pending resolution of the appeal.[2] The case may be reopened, upon motion of either party, within 30 days of final resolution of the appeal by the United States Court of Appeals for the Fifth Circuit.

New Orleans, Louisiana, January 3, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 129.
[2] No pretrial conference will be held on January 5, 2023.