UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---

BRUCE WASHINGTON, Individually and
GREGORY LANE, Individually

                Plaintiffs,

v.

RANDY SMITH, in his official capacity as,
SHERIFF OF ST. TAMMANY PARISH,
LOUISIANA; JACKSON BRIDEL in his individual
capacity; ALEXANDER THOMAS in his individual
capacity; SHAUN WOOD in his individual capacity;
and JOHN DOE EMPLOYEES OF THE ST.
TAMMANY PARISH SHERIFF'S OFFICE in their
individual capacities,

                Defendants.

CIVIL ACTION NO. 2:22-cv-00632-LMA-MBN

JUDGE LANCE M. AFRICK

MAGISTRATE MICHAEL NORTH

---

## MOTION FOR ENTRY OF RULE 54(B) JUDGMENT

Plaintiffs Bruce Washington and Gregory Lane move pursuant to Fed. R. Civ. P. Rule 54(b) for this Honorable Court to amend its Order Denying Plaintiffs' Motion for Leave to File Third Amended Complaint dated December 20, 2022, R. Doc. No. 122, to include therein an additional paragraph stating: "This court determines that there is no just reason for delay and it directs the Clerk to enter judgment based on this order." Defendants oppose this Motion.

      The purpose of this motion, as more fully explained in the brief filed herewith, is to allow an appeal from the foregoing order while the Court of Appeals of the Fifth Circuit reviews this Honorable Court's denial of summary judgment to Defendant Thomas. R. Doc. 126.

Dated: January 25, 2023

Respectfully submitted,

By: */s/ Elizabeth M. Raulston*
Elizabeth M. Raulston (*pro hac vice*)
Bar No. 5255138 (New York)
Aviva Kushner (*pro hac vice*)
Bar No. 5891999 (New York)
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Tel.: 212-903-9274
elizabeth.raulston@linklaters.com
aviva.kushner@linklaters.com

By: */s/ Erin Bridget Wheeler*
Erin Bridget Wheeler (SBN LA 37546)
Nora Ahmed * (pro hac vice)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St., Ste 2160
New Orleans, LA 70112
Tel.: 225-405-5525
bwheeler@laaclu.org
nahmed@laaclu.org
justicelab@laaclu.org
**Licensed in New York, not in Louisiana*

*Counsel for Plaintiffs Bruce Washington and Gregory Lane*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2023, I electronically filed a copy of the above and foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Elizabeth M. Raulston*
Elizabeth M. Raulston (pro hac vice)
Bar No. 5255138 (New York)
Linklaters LLP
1290 Avenue of the Americas
New York, NY, 10104
Tel: 212-903-9274
elizabeth.raulston@linklaters.com

*Counsel for Plaintiffs Bruce Washington and Gregory Lane*