MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 14, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE WASHINGTON, ET AL.                         CIVIL ACTION

VERSUS                                           NUMBER:  22-0632

RANDY SMITH, ET AL.                              SECTION:  "I"(5)

The settlement conference in the above matter was reconvened  on this date before

the undersigned Magistrate Judge.

PARTICIPATING:     Elizabeth Raulston          Chadwick Collings

Negotiations were productive but unfortunately no resolution of the Plaintiffs'

claims could be achieved at this time.  The settlement conference will be reconvened on a

date to be determined.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:30)