MINUTE ENTRY
LONG, J.
FEBRUARY 7, 2024
JS10 (0:09)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE WASHINGTON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-632** |
| **RANDY SMITH, ET AL.** | **SECTION "O"** |

## MINUTE ENTRY AND ORDER

The Court held a telephone status conference on February 7, 2024.

Elizabeth Myers Raulston, Aviva Kushner, and Jarrett Field participated for Plaintiff Bruce Washington. Andrew Robert Capitelli and Kenneth R. Whittle participated for Defendant Alexander Thomas.

The Court and counsel discussed new dates for the jury trial and the pretrial conference. Considering that discussion,

**IT IS ORDERED** that a jury trial is set for October 21, 2024 at 9:00 a.m.

**IT IS FURTHER ORDERED** that an in-person pretrial conference is set for September 26, 2024 at 10:00 a.m.

New Orleans, Louisiana, this 7th day of February, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE