# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**BRUCE WASHINGTON, ET AL.**　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　**NO. 22-632**

**RANDY SMITH, ET AL.**　　　　　　　　**SECTION "O"**

## ORDER

**IT IS ORDERED** that the in-person status conference scheduled for March 27, 2025, at 10:30 a.m. is **CONVERTED** to a telephone status conference.

New Orleans, Louisiana, this 20th day of March, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE