**MINUTE ENTRY**
**LONG, J.**
**MARCH 27, 2025**
**JS10 (0:09)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE WASHINGTON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-632** |
| **RANDY SMITH, ET AL.** | **SECTION "O"** |

### MINUTE ENTRY AND ORDER

The Court held a telephone status conference on March 27, 2025. Elizabeth Raulston, Aviva Kushner, and Charles Andrew Perry participated for Plaintiff Bruce Washington. Andrew Capitelli, Kenneth Whittle, Paige Stein, and Sarah Constantine participated for Defendant Deputy Alexander Thomas. The Court and counsel discussed the status of the case.

Considering that discussion,

**IT IS ORDERED** that motions *in limine* that do not relate to the admissibility of expert testimony must be filed by April 8, 2025. Responses must be filed by April 15, 2025. Any replies must be filed by 4:00 p.m. on April 21, 2025.

**IT IS FURTHER ORDERED** that all deposition page-line designations must be filed by April 28, 2025. Any objections must be filed by May 5, 2025.

New Orleans, Louisiana, this 27th day of March, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE