MINUTE ENTRY
NORTH, M.J.
MARCH 27, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE WASHINGTON, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 22-0632 |
| RANDY SMITH, ET AL. | SECTION: "O"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Elizabeth Raulston
Andrew R. Capitelli

Negotiations were productive but the parties have not yet reached a resolution. Further negotiations will proceed telephonically.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (0:20)