# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE WASHINGTON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-632** |
| **RANDY SMITH, ET AL.** | **SECTION "O"** |

## ORDER

Counsel have informed the Court that this case has settled.

Accordingly,

**IT IS ORDERED** that this case is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 5th day of May, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE